IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-00741-PAB-MJW

WILLIAM GILMORE,

Plaintiff,

v.

TRUDY SICOTTE, and
DAVID TESSIER,

Defendants.

## ORDER SETTING STATUS CONFERENCE
## FOR PRO SE PLAINTIFF

**Entered by Magistrate Judge Michael J. Watanabe**

The above-captioned case has been referred to Magistrate Judge Michael J. Watanabe pursuant to the Order Referring Case entered by Judge Philip A. Brimmer on April 21, 2015 (Docket No. 7).

**IT IS HEREBY ORDERED** that a Status Conference shall be held on:

> June 16, 2015, at 10:00 a.m.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.

THE PLAINTIFF SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED AN APPEARANCE OF THE DATE AND TIME FOR THE STATUS CONFERENCE.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the following interested party to the manual notification for this case for continuing manual notice until further ordered:

TO THE CASE MANAGER/
INMATE COORDINATOR OF:
William Gilmore #63549
Fremont Correctional Facility (FCF)
P.O. Box 999
Canon City, CO 81215-0999

**IT IS FURTHER ORDERED** that the Plaintiff shall appear telephonically, and the plaintiff's case manager shall make the appropriate arrangements to permit plaintiff's attendance at the Scheduling Conference and shall contact the court by calling the court at (303) 844-2403.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification.  See D.C.COLO.LCivR 83.2.  Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

Done and signed this 21st day of April, 2015.

BY THE COURT:

s/Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge